UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL SOBENKO,

PETITIONER

V.

COMMONWEALTH OF MASSACHUSETTS,
BROCKTON DISTRICT ATTORNEY'S OFFICE,

RESPONDENTS.

FILED
IN CLERKS OFFICE
2004 JAN -5 P 12: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO PROCEED IN FORMA PAUPERIS

NOW COMES THE PLAINTIFF IN THE ABOVE-ENTITLED ACTION AND RESPECTFULLY MOVES THIS HONORABLE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS, FOR THE REASONS SET FORTH IN THE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEE'S AND AFFIDAVIT ATTACHED HERETO.

RESPECTFULLY SUBMITTED,
PRO-SE.

DATED: DECEMBER 21, 2003

MICHAEL SOBENKO - W-65867.