UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-10023-GAO

MICHAEL SUBENKO,
PETITIONER,

C.A. NO:

V.

MAGISTRATE JUDGE

COMMONWEALTH OF MASSACHUSETTS,
BROCKTON DISTRICT ATTORNEY'S OFFICE,

RESPONDENTS,

## MOTION FOR APPOINTMENT OF COUNSEL

PLAINTIFF, HEREBY MOVES THIS COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THE ABOVE-ENTITLED ACTION. AS GROUNDS THEREFORE, PLAINTIFF STATES THAT HE IS INDIGENT, HAS FILED AN APPLICATION TO PROCEED WITHOUT PRE-PAYMENT OF FEE'S AND AFFIDAVIT. IS CURRENTLY CONFINED IN A SEGREGATION UNIT AT M.C.I. NORFOLK, STATE PRISON, S.M.U.(CELL 332), P.O. BOX 43, 2 CLARK STREET, NORFOLK, MASSACHUSETTS, 02056-0043, AND IS UNABLE TO AFFORD PRIVATE COUNSEL. IN SUPPORT OF THIS MOTION, THE PLAINTIFF ATTACHES HIS AFFIDAVIT, WHICH HE INCORPORATES BY REFERENCE.

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS MOTION IS ALLOWED.

DATED: December 21, 2003

RESPECTFULLY SUBMITTED,
PRO-SE,

Michael Subenko  W-65867
MICHAEL SUBENKO - W65867
M.C.I. NORFOLK
P.O. BOX 43
NORFOLK, MA, 02056-0043.

SCANNED
DATE: 1/7/04
BY: J.C.M.