UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL SUBENKO,

          PETITIONER,

V.

COMMONWEALTH OF MASSACHUSETTS,
BROCKTON DISTRICT ATTORNEY'S OFFICE,

          RESPONDENTS,

FILED
IN CLERKS OFFICE

2004 JAN -5 P 12: 37

C.A. No:
U.S. DISTRICT COURT
DISTRICT OF MASS.

STATE OF MASSACHUSETTS,
COUNTY OF NORFOLK,

     AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S
MOTION FOR THE APPOINTMENT OF COUNSEL,

     MICHAEL SUBENKO, BEIN DULY SWORN,
DEPOSES AND SAYS:

1.  I AM THE PLAINTIFF IN THE ABOVE-EN-
    TITLED CASE, I MAKE THIS AFFIDAVIT
    IN SUPPORT OF MY MOTION FOR THE APP-
    OINTMENT OF COUNSEL.

2.  THIS PETITION UNDER 28, U.S.C. § 2254,
    FOR WRIT OF HABEAS CORPUS BY A
    PERSON IN STATE CUSTODY. THE PETIT-
    ION WAS DEPRIVED OF RIGHTS GUAR-
    ANTEED TO HIM BY THE FIFTH AND
    FOURTEENTH AMENDMENTS TO THE UNITED
    STATES CONSTITUTION, AND OF THE MASS-
    ACHUSETTS CONSTITUTION, ACTS OF ALL
    THE DEFENDANTS / RESPONDANTS. SEP-
    ARATELY AND IN CONCERT, IN AGREEMENT
    AND CONSPIRACY WITH EACH OTHER AND
    ACTING UNDER COLOR OF LAW. IN
    THAT THE RESPONDENTS BY INITIT-
    IATING CRIMINAL PROCEEDINGS AGANST-
    PETITION. CRUTHIRD WITHOUT PROBABLE-
    CAUSE, WITH MALICE AND FOR THE
    SOLE PURPOSE OF INPENDING, HIND-
    ERING, AND OBSTRUCTING OR DEFEAT
    ING-.....

SCANNED
DATE: 1/1/04
BY:

(1)

THE DUE COURSE OF JUSTICE, BOTH IN THIS ACTION AND IN STATE COURT, AND WITH PETITION RECEIVING A FAVORABLE DETERMINATION OF THE CRIMINAL .. COMPLAINT AGAINST HIM. HAVE CAUSED PETITION TO BE MALICIOUSLY PROSECUTED, AND HAVE DENIED PETITION THE EQUAL PROTECTION OF THE LAW AND CAUSED INJURY TO PETITION FOR LAWFULLY ENFORCING OR FOR ATTEMPTING TO ENFORCE HIS OWN RIGHTS.

3. THIS IS A COMPLEX CASE, BECAUSE IT CONTAINS SEVERAL DIFFERENT RESPONDANTS, EACH WITH LEGAL CLAIM INVOLVING A DIFFERENT SET OF RESPONDANTS.

4. THE CASE INVOLVES MEDICAL ISSUES AND MENTAL HEALTH ISSUES THAT WILL REQUIRE EXPERT TESTIMARY.

5. THE CASE WILL REQUIRE DISCOVERY OF DOCUMENTS AND DEPOSITIONS OF A NUMBER OF WITNESSES.

6. THE TESTIMONY WILL BE IN SHARP CONFLICT, SINCE PETITION ALLEGES THAT RESPONDANTS CONSPIRED TO OBSTRUCT JUSTICE.

7. THE PETITION HAS ONLY A HIGH SCHOOL EDUCATION AND HAS NO LEGAL EDUCATION.

8. THE PETITION IS SERVING A SENTENCE IN PRISON. FOR THIS REASON HE HAS NO ACCESS TO THE OUTSIDE. AND HAS NO ABILITY TO INVESTIGATE THE FACTS IN THIS CASE. FOR EXAMPLE, BY LOCATING, INTERVIEWING THE STATE POLICES, AND OTHER EYE ... WITNESSES.

(2)

WHEREFORE, THE PETITION MOTION FOR THE APPOINTMENT OF COUNSEL SHOULD BE GRANTED:

NAME: _Michael Subenko_    COMMITT. W-65867

MICHAEL SUBENKO.
M.C.I. NORFOLK.
P.O. BOX. 43.
NORFOLK, MA. 02056-0043.

04 . 10023 GAO

SIGNED BEFORE ME THIS ___17TH___ DAY OF ___December___ 2003.

_William D. Morelli_
NOTARY PUBLIC.

PROOF OF SERVICE

MICHAEL A. SUBENKO, STATES UNDER THE PENALTY OF PERJURY THAT ON ___December 21th, 2003___, HE MAILED A TRUE COPY OF FOREGOING ENCLOSED DOCUMENTS TO:

1. BROCKTON DISTRICT ATTORNEY OFFICE CHIEF DISTRICT ATTORNEY, 32 BELMONT STREET, BROCKTON, MA. MA. 02301.

2. BROCKTON SUPERIOR COURT, OFFICE OF THE CLERK, 72 BELMONT STREET, BROCKTON, MA. 02301.

3. ATTORNEY GENERAL OFFICE, C/O CRIMINAL DIVIDSION, ONE ASHBURTON PLACE, 18TH. BOSTON, MA. 02108

BY PLACING EACH IN AN ENVELOPE AND PLACED THEM IN THE LEGAL MAIL BOX. AT: M.C.I. NORFOLK. STATE PRISON.

_Michael Subenko_
MICHAEL SUBENKO. W-65867.
M.C.I. NORFOLK.
P.O. BOX. 43.
NORFOLK, MA. 02056-0043.

(3)