UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL SUBENKO,
    PETITIONER,

v.

COMMONWEALTH OF MASSACHUSETTS,
BROCKTON DISTRICT ATTORNEY'S OFFICE,
    RESPONDENTS.

FILED
IN CLERKS OFFICE
2004 JAN -5 P 12:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

**04 · 10023 GAO**

SCANNED
DATE: 1-9-04
BY: FM

DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS

MICHAEL SUBENKO STATES:

1. I AM THE PLAINTIFF IN THE ABOVE-ENTITLED ACTION. I MAKE THIS DECLARATION IN SUPPORT OF MY APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, PURSUANT TO 28 U.S.C. §1915.

2. BECAUSE I AM HELD IN A NEW INSTITUTION, AND BECAUSE I AM HELD IN PUNITIVE SEGREGATION. I AM NOT PERMITTED TO WORK AND HAVE NO STEADY INCOME.

3. I AM INCARCERATED IN THE M.C.I. NORFOLK, CORRECTIONAL FACILITY, IN NORFOLK MASSACHUSETTS.

4. I WAS PLACED IN PUNITIVE SEGREGATION ON NOVEMBER 10, 2003. I WAS NOT EMPLOYED IN THE PRISON, DUE TO NOT BEING WITHIN THE NEW INSTITUTION LONG ENOUGH.

5. THE BALANCE IN MY PRISON ACCOUNT AS OF DECEMBER 9, 2003 WAS $ 6.95

6. I HAVE RECEIVED APPROXIMATE $ 1709.66 , IN GIFTS FROM FAMILY MEMBERS OVER THE PAST TWELVE MONTHS. HERETO ATTACHED.

7. I HAVE NO OTHER SOURCE OF INCOME AND DO NOT OWN ANY CASH, BANK ACCOUNTS, REAL-ESTATE, STOCKS, BONDS, NOTES, AUTOMOBILES OR OTHER VALUABLE PROPERTY.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE

(1.)

FOREGOING IS TRUE AND CORRECT.

DATED: December 21, 2003    *Michael Subenko*
MICHAEL SUBENKO-W-80202,
M.C.I. NORFOLK,
P.O. BOX, 43,
NORFOLK, MA. 02056-0043.

(2.)