AO 240  (1/94)

# United States District Court

RECEIVED IN CLERKS OFFICE

## DISTRICT OF ————

2004 JAN -5 P 12: 36

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

U.S. DISTRICT MASS.

**V.**

Defendant

CASE NUMBER: **04 · 1 0 0 2 3 GAO**

SCANNED

DATE: 1-7-04   FROM

MICHAEL A. SOBENKO _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     ☒ Yes     ☐ No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ___ M.C.i NORFOIK ___

   Are you employed at the institution? _NO_  Do you receive any payment from the institution? _NO_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   ONLY LAST EMPLOYMENT I HAD WAS AT INSTITUTION S.B.C.C SHIRLY Ma,
   I've never had a job on the outside

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes  ☒ No
   b. Rent payments, interest or dividends              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes  ☒ No
   d. Disability or workers compensation payments       ☐ Yes  ☒ No
   e. Gifts or inheritances                             ☒ Yes  ☐ No
   f. Any other sources                                 ☒ Yes  ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

## Inmate Transaction Report

Date :   20031224 14:03

| Commit# : | W65807 | | MCI NORFOLK | | Page : 1 |
| Name : | SUBENKO, MICHAEL, A, | | Statement From 20030701 | | |
| Inst : | MCI NORFOLK | | To   20031224 | | |
| Block : | SMU3 | | | | |
| Cell/Bed : | 332 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Perio | $1,247.06 | $1,244.31 | $205.66 | $102.76 |
| 20030707 22:30 | CN - Canteen | 1343641 | | NOR | ~Canteen Date : 20030706 | $0.00 | $2.60 | $0.00 | $0.00 |
| 20030709 14:39 | CT - Transfer from Club to Inmate A/c | 1348048 | | NOR | ~20030707 SUBENKO,MICHAEL A   PERSONAL-NON WASH ACCOUNT - Z5 | $3.10 | $0.00 | $0.00 | $0.00 |
| 20030709 11:05 | ML - Mail | 1356944 | | NOR | ~LAURIE  SUBENKO | $80.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1360651 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1360652 | | NOR | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20030710 22:30 | CN - Canteen | 1386129 | | NOR | ~Canteen Date : 20030709 | $0.00 | $55.65 | $0.00 | $0.00 |
| 20030716 13:35 | ML - Mail | 1401719 | | NOR | ~BEVERLY SUBENKO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20030721 22:30 | CN - Canteen | 1416270 | | NOR | ~Canteen Date : 20030720 | $0.00 | $36.55 | $0.00 | $0.00 |
| 20030723 12:57 | ML - Mail | 1431527 | | NOR | ~L SUBENKO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20030724 22:30 | CN - Canteen | 1444051 | | NOR | ~Canteen Date : 20030723 | $0.00 | $28.87 | $0.00 | $0.00 |
| 20030731 15:03 | ML - Mail | 1470098 | | NOR | ~LAURIE SUBENKO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20030731 22:30 | CN - Canteen | 1471883 | | NOR | ~Canteen Date : 20030730 | $0.00 | $2.10 | $0.00 | $0.00 |
| 20030805 14:41 | ML - Mail | 1483329 | | NOR | ~LAURIE  SUBENKO | $40.00 | $0.00 | $0.00 | $0.00 |
| 20030807 16:30 | IS - Interest | 1503453 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030807 16:30 | IS - Interest | 1503454 | | NOR | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20030807 22:30 | CN - Canteen | 1516709 | | NOR | ~Canteen Date : 20030806 | $0.00 | $55.16 | $0.00 | $0.00 |
| 20030812 14:39 | ML - Mail | 1528382 | | NOR | ~LAURIE  SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030814 22:30 | CN - Canteen | 1545399 | | NOR | ~Canteen Date : 20030813 | $0.00 | $34.63 | $0.00 | $0.00 |
| 20030819 14:19 | ML - Mail | 1556476 | | NOR | ~LAURIE  SUBENKO | $40.00 | $0.00 | $0.00 | $0.00 |
| 20030821 22:30 | CN - Canteen | 1575458 | | NOR | ~Canteen Date : 20030820 | $0.00 | $40.22 | $0.00 | $0.00 |
| 20030826 13:26 | ML - Mail | 1585245 | | NOR | ~LAURIE SUBENKO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20030828 22:30 | CN - Canteen | 1603362 | | NOR | ~Canteen Date : 20030827 | $0.00 | $29.81 | $0.00 | $0.00 |
| 20030903 14:36 | ML - Mail | 1613073 | | NOR | ~LAURIE  SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030908 22:31 | CN - Canteen | 1632429 | | NOR | ~Canteen Date : 20030906 | $0.00 | $17.36 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1646593 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:53 | IS - Interest | 1646598 | | NOR | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20030912 04:46 | CN - Canteen | 1676763 | | NOR | ~Canteen Date : 20030911 | $0.00 | $2.28 | $0.00 | $0.00 |
| 20030912 13:26 | ML - Mail | 1677428 | | NOR | ~LAURIE SUBENKO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030916 10:24 | TC - Transfer from Inmate to | 1686061 | | NOR | ~INMATE RESTITUTION - 242 | $0.00 | $3.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

## Inmate Transaction Report

Date :   20031224 14:03

| | | | | | | |
|---|---|---|---|---|---|---|
| Commit# | : | W65867 | | **MCI NORFOLK** | | Page : 2 |
| Name | : | SUBENKO, MICHAEL, A, | | **Statement From** 20030701 | | |
| Inst | : | MCI NORFOLK | | To   20031224 | | |
| Block | : | SMU3 | | | | |
| Cell/Bed : | | 932 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | Club A/c | | | | | | | | |
| 20030910 13:39 | ML - Mail | 1702105 | | NOR | -LAURIE SUBENKO | $125.00 | $0.00 | $0.00 | $0.00 |
| 20030910 22:30 | CN - Canteen | 1705516 | | NOR | -Canteen Date : 20030910 | $0.00 | $47.47 | $0.00 | $0.00 |
| 20030921 22:30 | CN - Canteen | 1732114 | | NOR | -Canteen Date : 20030921 | $0.00 | $41.33 | $0.00 | $0.00 |
| 20030930 13:43 | ML - Mail | 1742845 | | NOR | -LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031002 22:31 | CN - Canteen | 1762239 | | NOR | -Canteen Date : 20031002 | $0.00 | $45.27 | $0.00 | $0.00 |
| 20031009 13:16 | ML - Mail | 1773030 | | NOR | -LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031009 16:16 | IS - Interest | 1782001 | | NOR | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20031009 16:16 | IS - Interest | 1782002 | | NOR | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20031009 22:30 | CN - Canteen | 1806071 | | NOR | -Canteen Date : 20031009 | $0.00 | $59.11 | $0.00 | $0.00 |
| 20031016 14:44 | ML - Mail | 1809641 | | NOR | -LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031016 22:30 | CN - Canteen | 1834454 | | NOR | -Canteen Date : 20031016 | $0.00 | $38.01 | $0.00 | $0.00 |
| 20031022 14:22 | ML - Mail | 1849628 | | NOR | -LAURIE SUBENKO | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031023 22:30 | CN - Canteen | 1863666 | | NOR | -Canteen Date : 20031023 | $0.00 | $48.91 | $0.00 | $0.00 |
| 20031026 09:19 | TC - Transfer from Inmate to Club A/c | 1873814 | | NOR | -HAIRCUT REVENGE - 73 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20031028 14:45 | ML - Mail | 1874966 | | NOR | -LAURIE SUBENKO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031031 10:37 | CN - Canteen | 1891623 | | NOR | -Canteen Date : 20031010 | $0.00 | $29.44 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1927063 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1927063 | | NOR | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20031110 14:31 | ML - Mail | 1961129 | | NOR | -LAURIE SUBENKO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031110 14:13 | ML - Mail | 1991970 | | NOR | -LAURIE SUBENKO | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031120 22:30 | CN - Canteen | 1993201 | | NOR | -Canteen Date : 20031110 | $0.00 | $22.56 | $0.00 | $0.00 |
| 20031130 14:28 | TC - Transfer from Inmate to Club A/c | 2024844 | | NOR | -810. -CANTEEN CORP. WASH ACCOUNT - 76 | $0.00 | $27.77 | $0.00 | $0.00 |
| 20031202 13:02 | CI - Transfer from Club to Inmate A/c | 2030704 | | NOR | -W65867 SUBENKO,MICHAEL A   PERSONAL-NON WASH ACCOUNT - 75 | $2.06 | $0.00 | $0.00 | $0.00 |
| 20031204 22:30 | CN - Canteen | 2046401 | | NOR | -Canteen Date : 20031104 | $0.00 | $3.05 | $0.00 | $0.00 |
| 20031209 13:38 | IS - Interest | 2063254 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20031209 13:38 | IS - Interest | 2063255 | | NOR | | $0.00 | $0.00 | $0.13 | $0.00 |
| 20031216 14:00 | ML - Mail | 2106323 | | NOR | -LAURIE SUBENKO | $25.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### Inmate Transaction Report

Date : 20031224 14:03

| | | | |
|---|---|---|---|
| Commit# : | W65867 | MCI NORFOLK | Page : 3 |
| Name : | SUBENKO, MICHAEL, A, | Statement From 20030301 | |
| Inst : | MCI NORFOLK | To 20031224 | |
| Block : | SMU3 | | |
| Cell/Bed : | 332 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031218 12:30 | CN - Canteen | 2125588 | | NOR | Canteen Date : 20030121 $0.00 | | $1.55 | $0.00 | $0.00 |
| | | | | | | $705.35 | $677.70 | $0.76 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | $30.40 | $103.66 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $30.40 | $103.66 | $0.00 | $0.00 | $0.00 | $0.00 |