MICHEAL A. SUBENKO, W-65367
M.C.I. NORFOLK, SMU, Cell, 332,
P.O. BOX, 43, 2 CLARK STREET,
NORFOLK, MA, 02056-0043,

JANUARY 20, 2004

CV-10023-GAO

ANTHONY ANASTAS, CLERK,
CIVIL CLERK,
UNITED STATES DISTRICT COURT,
U.S. COURTHOUSE,
ONE COURTHOUSE WAY, SUITE, 2300,
BOSTON, MA, 02210.

RE: MICHEAL A. SUBENKO,
VS. BROCKTON DISTRICT ATTORNEY'S OFFICE, BROCKTON SUPERIOR COURT AND, MASSACHUSETTS ATTORNEY GENERAL'S OFFICE,

RE: 28 U.S.C. 2254 § WRIT OF HABEAS CORPUS, BY PERSON IN STATE CUSTODY,

DEAR, MR. ANASTAS,

MAY YOU AT YOUR CONVENIENCE INFORM ME OF THE STATUS OF THE LEGAL DOCUMENT THAT I FILED ON DECEMBER 21, 2003.

IF IT IS POSSIBLE PLEASE FOREWARD ME THE DOCKET NUMBER, AND ANY OTHER INFORMATION YOU CAN PROVIDED ME CONCERNING THIS MATTER.

THANK YOU FOR YOUR ANTICIPATED COOPERATION IN THIS MATTER.

SINCERELY:

_Micheal Subenko_
MICHEAL A. SUBENKO,