UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Michael Subenko,</u>
               Petitioner,

v.                        Civil Action No.  04-10023-GAO

<u>Commonwealth of Massachusetts, et al.,</u>
               Respondents.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**     GRANTED.

☒     DENIED for the following reason(s):

     Petitioner's motion to proceed without prepayment of fees is moot because petitioner also submitted the $5 filing fee.

☒     It is FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions.

SO ORDERED.

  1/22/04                                            s/ George A. O'Toole, Jr.
DATE                                          UNITED STATES DISTRICT JUDGE