```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

MICHAEL SUBENKO,              )
          Petitioner,         )
                              )
     v.                       )    C.A. No. 04-10023-GAO
                              )
COMMONWEALTH OF MASSACHUSETTS,)
     et al.,                  )
          Respondents.        )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

Dated at Boston, Massachusetts, this 22nd day of January, 2004.

                                         s/ George A. O'Toole, Jr.
                                     UNITED STATES DISTRICT JUDGE