# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

MICHEAL A. SUBENKO,
   PLAINTIFF,

VS.

COMMONWEALTH,
   DEFENDANT'S

## AFFIDAVIT OF WALTER A. WHEELER, TO JUDGE-MAGISTRATE: GEORGE A. O'TOOLE, JR.

WALTER A. WHEELER, BEING DULY SWORN ACCORDING TO LAW UPON HIS OATH DEPOSES AND STATES THE FOLLOWING FACTS ON FIRST HAND KNOWLEDGE AND PERSONAL OBSERVATION AND I ASSERT THAT I AM COMPETENT AND ABLE TO TESTIFY TO THE SAME.

1. I AM THE JAIL HOUSE LAWYER, WHO HAS WROTE EVERY LEGAL DOCUMENT WHICH HAS BEEN FILED ON BEHALF OF THE PLAINTIFF, MICHEAL A. SUBENKO.

2. I AM PRESENTLY INCARCERATED, UNDER THE CONTROL OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION AND CURRENTLY CONFINED AT M.C.F. NORFOLK, SMU, CELL 331, P.O. BOX 43, 2 CLARK STREET, NORFOLK, MA. 02056-0043.

3. ON JANUARY 30, 2004 WHICH IS THE DATE I AM MAKING THIS AFFIDAVIT TO JUDGE-MAGISTRATE GEORGE A. O'TOOLE, JR. OF MASSACHUSETTS UNITED STATES DISTRICT COURT.

4. I AM GIVING ADMISSIONS TO THE FACTS THAT PLAINTIFF, MICHEAL A. SUBENKO, IS AN ILLITERATE WITH ONLY A EIGHTH GRADE EDUCATION, PLUS WITH MENTAL DISORDERS, (1.) ORGANIC MENTAL DISORDER, NOC(S), 294.80 (2.) ADHA, 314.01, (3.) DEPRESSIVE DISORDER, NOC(S), 311.00, (4.) ANTISOCIAL PERSONALITY DISORDER, NOC(S), 301.70, (5.) SEIZURE DISORDER, (6.) HEAD TRAUMA, FROM PEMBROKE HOSPITAL, RECORDS, HERETO ATTACHED:

1.

5. I SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THAT PLAINTIFF MICHEAL A. SUBENKO, IS IN SERIOUS NEED OF COUNSEL.

6. I ASSERT THAT THE PLAINTIFF MEETS THE STANDARD'S OF APPOINTMENT OF COUNSEL IN THIS ACTION: UNDER, COOKISH V. CUNNINGHAM, 787.F.2d.1.5.C.1.ST.CIR.1986); MORESO: UNDER, TABRON V. GRACE, 6.F.3d.147(3rd.CIR.1993), AMONG THE FACTORS THAT THE "TABRON" COURT HELD SHOULD BE CONSIDERED WHEN DECIDING WHETHER TO APPOINT COUNSEL IS:

A. THE MERITS OF THE CLAIM:
B. THE PLAINTIFF'S ABILITY TO PRESENT HIS/HER CASE, INCLUDING HIS/HER EDUCATION.
C. LITERACY, PRIOR WORK EXPERIENCE, AND ANY PRIOR LITIGATION EXPRIENCE.
D. THE PLAINTIFF'S ABILITY TO READ, WRITE AND UNDERSTAND ENGLISH.
E. THE PLAINTIFF'S CUSTODY STATUS AND THE CONSTRAINTS PLACED ON HIM/HER AS A RESULT OF CONFINEMENT:
F. THE COMPLEXITY OF THE LEGAL ISSUES INVOLVED:
G. THE AMOUNT OF FACTUAL INVESTIGATION AND DISCOVERY NECESSARY TO PROVE THE CLAIM.

7. I ASSERT THAT, MICHEAL A. SUBIENKO, WAS ASSAULTED BY CORRECTIONAL OFFICER'S AT M.C.I. NORFOLK, ON, NOVEMBER 10, 2003, AND HAS BEEN TO SEGREGATION CONFINEMENT SINCE THAT DATE.

8. I AM WILLING TO TESTIFY THAT MICHEAL A. SUBIENKO, IS UNABLE TO REPRESENT HIS/SELF IN THIS ACTION, MORESO, HE NEEDS PSYCHIATRIC EXAMINATIONS AND COUNSELING.

## CONCLUSION:

WHEREFOR, WALTER A. WHEELER, PRAYS THIS HONORABLE COURT USE THIS AFFIDAVIT IN PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL IN THE ABOVE ACTION.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28TH DAY OF January, 2004.

Walter A. Wheeler W-80262
WALTER A. WHEELER W-80262.

2.

DATED: January 30, 2004

RESPECTFULLY SUBMITTED
BY PLAINTIFF, PRO-SE,

*Michael Subenko* W-65867
MICHEAL A. SUBENKO, W-65867
M.C.I. NORFOLK, SMU. Cell. 332.
P.O. BOX 43, 2 CLARK Street.
NORFOLK, MA. 02056-0043.

## CERTIFICATE OF SERVICE

I, MICHEAL A. SUBENKO, HEREBY CERTIFY THAT ON THIS DATE I SERVED A TRUE COPY OF THE ABOVE DOCUMENT, BY MAILING, POSTAGE PREPAID, UPON THE DEFENDANTS ATTORNEY'S OF RECORD.

DATED: January 30, 2004.

*Michael Subenko*
MICHEAL A. SUBENKO.

3.