UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS.

MICHEAL A. SUBENKO.
　　　　PLAINTIFF

V.

COMMONWEALTH, ET. AL.
　　　　DEFENDANTS.

CIVIL ACTION:
NO: 04-10023 GAO.

## AFFIDAVIT OF COMPLIANCE

I, MICHEAL A. SUBENKO, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

1. THAT I AM THE PRO-SE LITIGANT FOR THE PLAINTIFF, MICHEAL A. SUBENKO, A RESIDUO OF M.C.I. NORFOLK, SMU, Cell 332, P.O. BOX 43 2 CLARK STREET, NORFOLK, MA. 02056-0043.

2. ON JANUARY 28 2004, IN COMPLIANCE WITH FEDERAL RULES OF CIVIL PROCEDURE RULE 4, I SERVED A COPY OF PLAINTIFF'S 28 U.S.C § 2254, WRIT OF HABEAS CORPUS, UPON.

A. GAIL M. MCKENNA, BBO# 557173, PLYMOUTH COUNTY DISTRICT ATTORNEYS OFFICE, 32 BELMONT ST, P.O. BOX 1665, BROCKTON, MA. 02301-1665.

B. LINDA A. WAGNER, BBO# 630333. ASSISTANT ATTORNEY GENERAL. CRIMINAL BUREAU, 18TH, FL, ONE ASHBURTON PLACE, BOSTON, MA. 02108-1598.

3. HERETO ATTACHED ARE COVER-LETTER'S AND PROOF OF SERVICE UPON EACH DEFENDANT.

4. ON JANUARY 28 2004, WHICH IS THE DATE I FILED A TRUE COPY OF AFFIDAVIT OF COMPLIANCE WITH THE UNITED STATES DISTRICT COURT, CLERK IN BOSTON, MASSACHUSETTS.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28 TH DAY OF January 2004

RESPECTFULLY SUBMITTED BY
PLAINTIFF - PRO-SE.

*Michael Subenko*

MICHEAL A. SUBENKO. W-65867.
M.C.I. NORFOLK, SMU, CELL 332.
P.O. BOX 43, 2 CLARK STREET.
NORFOLK, MA, 02056-0043.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON January 28, 2004, I
WAS CAUSED THE FOREGOING DOCUMENTS TO BE
SERVED ON THE PARTIES TO THIS MATTER BY MAIL-
ING A TRUE COPY, POSTAGE PREPAID, TO ALL COUNSELS
OF RECORD.

*Michael Subenko*
MICHEAL A. SUBENKO.

### CERTIFICATE OF COMPLIANCE

I, MICHEAL A. SUBENKO, HEREBY CERTIFY THAT
THE FOREGOING DOCUMENTS IS BEING FILED WITHIN
THE DESIGNATED TIME OR BY LEAVE OF THE REGIONAL
ADMINISTRATIVE JUSTICE.

C.C. FILE.

DATED: January 28, 2004    *Michael Subenko*
                            MICHEAL A. SUBENKO.

2.