UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL S. SUBENKO,<br><br>Petitioner,<br><br>v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS, THE BROCKTON DISTRICT ATTORNEYS OFFICE, and BROCKTON SUPERIOR COURT,<br><br>Respondents. | Civil Action No. 04-10023-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the respondents, the Commonwealth of Massachusetts, the Brockton District Attorneys Office and the Brockton Superior Court.

Respectfully submitted,

Dated: February 13, 2004

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Natalie S. Monroe (BBO No. 562383)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2833

## Certificate of Service

I hereby certify that on February 13, 2004, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon the *pro se* petitioner, Michael S. Subenko, Prisoner W65867, M.C.I. Norfolk, Norfolk, Massachusetts 02056.

_____
Natalie S. Monroe