MARCH 19, 2004

MICHAEL SUBENKO - W65867
S.B.C.C. L-2 CELL 40
P.O. BOX 8000
SHIRLY MA, 01464

CLERK OF COURT - CIVIL
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
ONE COURTHOUSE WAY SUITE: 2300
   BOSTON MA, 02210

RE: SUBENKO VS, COMMONWEALTH
U.S.D.C. # 1:04-CV-10023, GAO

DEAR, SIR/MADAM

   Please find this corrospondance regarding my situation I have been transfered to S.B.C.C., L-2 CELL 40, P.O. BOX 8000, SHIRLY MA, 01464, and I don't have the attorney generals attorneys name and address's responding to, U.S.D.C. # 104-CV-10023, GAO to let them know i've been transfered. So, i'm unsure of if i'll be able to get it before they respond. Could the court please consider some guidance.

   Thank you for your anticipation cooperation in this matter.

                                        VERY TRULY YOURS
                                        Michael Subenko