UNITED STATES DISTRICT COURT
DISTRICT OF MASS.

MICHAEL A. SUBENKO
Petitioner of Civil action No. 04-10023-6AO

V.

The commenwealth of Mass.
The Brockten District Attorney
Office of Brockten court

Respondents

Motion of response to the respondents response to my petition by and through as to Pro Se councel.
I respectfully submit this motion as well as following documents, in support of the petitioners motion to respond to the respondents response to the petitioners WRIT OF HABEAS CORPUS.
ON APRIL 1, 2004 , I MICHEA1 A. SUBENKO receiveda  response of the Civil action No. 04-10023-GO.

In the respondents  response , is a motion to dismass for WRIT OF HABEAS CORPUS, at time of barred.
IN the petitioners response to the respondents response , the petitioner is submitting  the following documents to show what the petitioner has seeked.
The petitioner is reling on the record as well as following documents to verify this.
The petitioners response is to ask to be considered for the complex nature of the petitioners Writ of Habeas.

Respectfully Submitted,
MICHEAL A. SUBENKO
PETITIONER

APRIL @, 2004

MICHAEL SUBENKO (W-65867)
Petitioner
S.B.C.C.
Po. box 8000
SHIRLEY, Ma. 01464

Certificate of compliance with local rule 7.1a2

I MICHAEL A. SUBENKO, hereby certify that i have been unable to confer with the respondent, am either unable or not allowed to make telephone calls during the normal buisness hours.
It is believed in any event that the respondent would not voluntary assent to any portion of the subject motion.

Sincerley

*Michael Subenko*

CERTIFICATE OF SERVICE

I hereby certify that on APRIL,2044 I sent a copy of a document to be served by first class mail,postage pre-paid to the respondent NATALIE MONROE. She is the ASST. attorney General(BBO # 562383) criminal bureau. One Ashburton Place, Boston, MA. 02108

*Michael Subenko*
Sincerley
MICHAEL A. SUBENKO
W-65867