U.S. DISTRICT COURT
FOR THE DISTRICT OF MASS.

MICHAEL A.SUBENKO
PETITIONER,CIVIL ACTION
NO.104-10023-GAO

    VS.

COMM. OF MASS.
BROCKTON DISTRICT ATTORNEY'S OFFICE,
AND BROCKTON SUPERIOR COURT.
RESPONDENTS.



## MOTION FOR REQUEST OF HEARING

The Petitioner, as Pro Se counsel, Respectfully Submits this Motion and following document's in support of such request. Furthermore, Petitioner requests to be issued writ of Habeas Corppus.

On April 1, '04 I Michael Subenko received a response from the respondent's of the above entitled action.

In this response was a Motion to Dismiss Writ of Habeas Corpus because time had lapsed.

On April 9,'04 Respondent; Attorney, Ms.Natalie S.Monroe received a response from the Petitioner of the above action.

In the Petitioners Motion to request a hearing and to be brought into Court for such hearing, he is submiting the following enclosed Documents to show this Court the true sequence of events that had transpired. Events that seemed to be overlooked.

Mr.Subenko rely's on the enclosed information to verify that his previous claims had been overlooked.

The Petitioner's Motion and enclosed documents are necessary in the complex nature of Mr.Subenko's Motion.

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 71 A2.

I, Michael A.Subenko, herby certify that I have been unable to correspond with the Respondent. I 'am unable to make free dialed phone calls during normal circumstances. It is believed in any event, that the Respondent would not agree to any portion of the subject Motion.

                                                July 27,'04

                                                *Michael Subenko*
                                                Michael A.Subenko

CERTIFICATE OF SERVICE
I Herby certify that on the
above date I mailed a copy
of these documents to the
Respondent Ms.Monroe at 1
Ashburn Place, Boston,Ma 02108

                    I