# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 MICHAEL S. SUBENKO
                        Plaintiff(s)

                    v.                              CIVIL ACTION NO.   04-10023-GAO

 COMMONWEALTH OF MASSACHUSETTS, ET AL
                        Defendant(s)

### JUDGMENT IN A CIVIL CASE

 O'TOOLE            , D.J.

**G**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

        Pursuant to the court's order, dated November 10, 2004, the respondents' motion to dismiss the petition for a writ of habeas corpus for the reason that it is time-barred under 28 USC section 2244(d) is GRANTED.  The petition is DISMISSED WITH PREJUDICE.  (Copy of judgment mailed out to petitioner).

                                                TONY ANASTAS,
                                                CLERK OF COURT

Dated:  11/12/04                                By   Paul S. Lyness
                                                     Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 MICHAEL S. SUBENKO
                        Plaintiff(s)


                        v.                                    CIVIL ACTION NO.   04-10023-GAO


 COMMONWEALTH OF MASSACHUSETTS, ET AL
                        Defendant(s)


**JUDGMENT IN A CIVIL CASE**

 O'TOOLE            , D.J.


**G**     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and
          the jury has rendered its verdict.

**X**     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
          been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

          Pursuant to the court's order, dated November 10, 2004, the respondents' motion to dismiss the
petition for a writ of habeas corpus for the reason that it is time-barred under 28 USC section 2244(d) is
GRANTED.  The petition is DISMISSED WITH PREJUDICE.  (Copy of judgment mailed out to petitioner).


                                                    TONY ANASTAS,
                                                    CLERK OF COURT

Dated:   11/12/04                                   By   Paul S. Lyness
                                                         Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                          [jgm.]

(Judgment Civil.wpd - 11/98)                                                                    [jgm.]