COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

CRIMINAL NO. <u>98760</u>


C O M M O N W E A L T H

V.

M I C H A E L   S U B E N K O

_____

AFFIDAVIT OF BEVERLY SUBENKO
<u>IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL</u>

I, Beverly Subenko, hereby depose and state the following facts in support of defendant's motion for a new trial:

1.    I am the mother of the defendant, Michael Subenko and freely provide the following information.

2.    On October 10, 1996 my son Michael Subenko ("Defendant") was involved in a serious motor vehicle accident which caused severe damage to the defendant's head and neck.

3.    Subsequent to this accident the defendant was having difficulty with his communication skills and the ability to focus his thoughts and attention.

4.    On the many occasions that I have had to communicate with the defendant prior to and subsequent to this serious accident leaves me to believe that the defendant to this very day, shows the effect that accident has had on him.

5.    Prior to the defendant's January 4th, 1999 trial date I specifically informed his trial counsel, Mr. Frank Mondono of the defendant's inability to think properly and to articulate what little he could.

6.    On at least one occasion, either several weeks prior to the defendant's trial date or on the defendant's trial

−2−

date the defendant's sister Laurie Subenko was present
and made privy to the conversation with the defendant's
trial counsel regarding the defendant's inability to
think properly.

7.      The defendant's trial counsel Mr. Mondono stated that
it was not important to the case that the defendant could
not think properly only that he could.  Meaning Mr.
Mondono.

8.      Mr. Mondono also stated that he was hired to do all
the thinking and that the defendant had little to add to
the case.

I, Beverly Subenko, under the pains and penalties of perjury
hereby state that the foregoing facts to be true and accurate
to the best of my knowledge, understanding and belief.

Signed under pain and penalty of perjury on this __17__ day of
November, 2004.

_Beverly Subenko_
Beverly Subenko