MICHAEL A SUBENKO-W 65867
S.B.C.C. CELL 10-6-2
P.O. BOX 8000
SHIRLY MA, 01464

DECEMBER 7, 2004

CLERK OF COURT - CIVIL
UNITED STATES DISTRICT COURT
U S COURTHOUSE
ONE COURTHOUSE WAY, SUITE 2300
BOSTON MA, 02210

RE   SUBENKO VS COMMONWEALTH
     U.S.D.C. # 104-CV-10023 GAO

DEAR SIR / MADAM
   I recently received an order from the Honorable Judge George O'toole granting the respondants motion of the above titled case to dismiss as time-barred with prejudice.
   My friend typed up a notice of appeal and I sent it to the court along with affidavits and etc. with some of the people that were a part of my petition.
   I only have a 8th grade education and I was in a serious car accident and was charged with serious charges. I submitted an affidavit from the person who did all the legal work in my petition.

(1)

I've tried hard to understand the federal rules and procedures and for some reason it's extremely hard for it, to register in my head, I for some reason can't retain it.

Can I please ask the court for guidance with there being some procedure with me being able to apply for an attorney to handle my appeal.

Thank you for your attention in this matter

VERY TRULY YOURS

Michael Subenko

MICHAEL SUBENKO