UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL SUBENKO,<br>   Petitioner,<br><br>v.<br><br>COMMONWEALTH,<br>   Respondent | )<br>)<br>)<br>)<br>)  Civil Action No. 04-10023-GAO<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned assistant attorney general as counsel for the respondent, the Commonwealth of Massachusetts.

                 THOMAS F. RILEY
                 Attorney General


                 /s/ Daniel I. Smulow
                 Daniel I. Smulow, BBO 641668
                 Assistant Attorney General
                 Criminal Bureau
                 One Ashburton Place
                 Boston, Massachusetts 02108
                 (617) 727-2200 ext. 2949

Dated: February 2, 2005