UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL SUBENKO
    PETITIONER

V

COMMONWEALTH
    RESPONDENT

CIVIL ACTION NO
1.04.10028 GAO

FILED
IN CLERKS OFFICE

2005 FEB 10 P 1:26

PETITIONER S
APPLICATION
FOR CERTIFICATE OF
APPEALABILITY

U.S. DISTRICT COURT
DISTRICT OF MASS

## PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY

PURSUANT TO 28 U.S.C.SEC.2253.F.R.A.P.22 b AND LOC.RULE.22.1 PETITIONER MICHAEL.SUBENKO.HEREBY APPLIES FOR A CERTIFICATE OF APPEALABILITY WITH RESPECT TO EACH OF THE ISSUES RAISED IN HIS PETITION AS FOLLOWS
  1 CONVICTION OBTAINED BY USE OF EVIDENCE OBTAINED PURSUANT TO AN UNLAWFUL ARREST
  2 CONVICTION OBTAINED BY A VIOLATION OF THE PRIVILEGE AGAINST SELF INCRIMINATION,CONVICTION OBTAINED BY ACTION OF A GRAND OR PETIT JURY WHICH WAS UNCONSTITIONALLY SELECTED AND IMPANELED.
  3 DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL
  4 DENIAL OF RIGHT OF APPEAL

IN SUPPORT OF THIS APPLICATION THE PETITIONER ATTACHES A COPY OF HIS MEMORANDUM OF LAW.

DATED FEBUARY 12 2005

*Michael Subenko*
RESPECTFULLY SUBMITTED
MICHAEL SUBENKO
P.O BOX 8000
SHIRLY MA 01464

CERTIFICATE OF SERVICE

I MICHAEL.SUBENKO CERTIFY THAT ONTHIS DATE FEBUARY 12,2005 i have mailed a true and correct copy of the within Application for Certificate of Appealability by first class mail,postage prepaid to ASSISTANT ATTORNEY GENERAL DANIEL I.SMULOW,BBO641668 ONE ASHBURTON PLACE BOSTON MA,02108


DATED FEBUARY 12 2005




_____
MICHAEL SUBENKO