STATEMENT OF FACTS

ON OCTOBER 10,1996 PETITIONER PARKED A STOLEN MERCEDES DOWN THE STREET FROM HIS HOUSE.WHEN PETITIONER WAS LEAVING WITH HIS GIRLFRIEND A RED ESCORT SPED RIGHT BY PETITIONER.PETITIONER PROCEEDED WITHOUT INCEDENT TO THE INDEPENDENCE MALL,AND ENTERED THE HIGHWAY TO rt3 RIGHT BEFORE THE MALL.WHILE PETITIONER DROVE IN THE TRAVEL LANE AT THE SPEED LIMIT HE PULLED UP NEXT TO A STATE TROOPER WHO WAS IN THE SLOW LANE DRIVING AT THE SPEED LIMIT.AS THE STATE TROOPER AND PETITIONER TRAVELED DOWN rt3 FOR ABOUT A MINUTE,THE STATE TROOPER ACTIVATED HIS LIGHTS.SO PETITIONER ACCELLERATED AWAY GOING 100mph IN FRONT OF STATE TROOPER INTO SLOW LANE,STATE TROOPER COUNTERS AND ACCELLERATES RIGHT AFTER PETITIONER GOING 105mph TRYING TO ITCH PETITIONER TO THE SIDE OF THE ROAD,SO PETITIONER ACCELLERATES AGAIN GOING 140mph IN THE BREAK DOWN AND STATE TROOPER ACCELLERATES RIGHT AFTER PETITIONER,FOR A GOOD 7 MINUTES PETITIONER DROVE IN THE BREAKDOWN LANE AT TOP SPEEDS WITH A STATE TROOPER RIGHT BEHIND PETITIONER.AT ABOUT 150yds BEFORE PETITIONER APPROACHED THE HINGHAM EXIT,PETITIONER STARTED TO SLOW DOWN,PETITIONER SLOWED ENOUGH TO MAKE THE EXIT WITHOUT COMPLICATIONS AND PROCEEDED TO THE END OF THE EXIT WITH THE STATE TROOPER RIGHT BEHIND PETITIONER.PETITIONER TOOK A LEFT GOING 40mph UNTIL PETITIONER RAN INTO TRAFFIC AND A RED LIGHT CAME TO A STOP FOR A GOOD MINUTE,AND AS TRAFFIC BEGAN TO MOVE PETITIONER PROCEEDED AND TOOK A LEFT FOLLING THE TRAFFIC AND AS PETITIONER WAS TRYING TO ACCELLERATE AWAY PETITIONER WAS BLOCKED BY TRAFFIC SO PETITIONER CAME TO A STOP AT THE NEXT SET OF LIGHTS FOR A COUPLE OF SECONDS AND TOOK A LEFT WITH STATE TROOPER STILL RIGHT BEHIND PETITIONER  AS PETITIONER TRIED TO ACCELLERATE AWAY DOWN rt53 GOING BETWEEN 40 AND 60 ,PETITIONER KEPT RUNNING INTO TRAFFIC,AS A STRETCH OF ROAD OPENED PETITIONER DROVE INTO THE ONCOMING LANE PASSING A VEHICLE AND GOING INTO THE RIGHT TRAVEL LANE,THAN PETITIONER WENT BACK INTO THE ONCOMING LANE SO PETITIONER COULD SEE BOTH LANES AHEAD OF HIM GOING BETWEEN 55 AND 60mph PETITIONER  THAN STARTED TO APPLY THE BREAKS, JUST AS PETITIONER DID THAT  THE BUMPER OF THE MERCEDES WAS RUBBED BY THE STATE TROOPER AND PETITIONER BEGAN TO TOUCH THE BREAKS A LITTLE MORE AND GET READY TO GO BACK INTO THE RIGHT LANE AND THATS WHEN PETITIONER WAS HIT HARD FROM BEHIND BY A STATE TROOPER,WHICH SENT THE MERCEDES INSTANTLY SIDEWAYS SLIDING EXACTLY DOWN THE ONCOMING TRAFFIC LANE FOR ABOUT 30yds UNTIL IMPACT OF FIRST COLLISION.

SIGNED UNDER THE PAINS AND PENALTYS OF PERJURY

*Michael Subenko*
MICHAEL SUBENKO                              DATED FEBUARY 12,2005