MAS-20041213
03/24/2005
01:41 PM

# Commonwealth of Massachusetts
## PLYMOUTH SUPERIOR COURT
### Case Summary
### Criminal Docket

## PLCR1996-98760
## Commonwealth v Subenko, Michael A

| | | | | |
|---|---|---|---|---|
| **File Date** | 11/26/1996 | **Status** | Disposed (disp) | |
| **Status Date** | 01/11/1999 | **Session** | 1 - Criminal 1 - CtRm 1 ( Brockton) | |
| **Jury Trial** | Unknown | **Origin** | I - Indictment | |
| **Lead Case** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Arraignment** | | **Track** | | **Final PTC** | |
| **Disp. Deadline** | | **Deadline Status** | | **Status Date** | |
| **Pro Se Deft** | No | **Custody Status** | | **Start Date** | |
| **Weapon** | | **Substance** | | **Prior Record** | Unknown |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 10/10/1996 | 265/13/A | Guilty verdict | 01/11/1999 |
| | MANSLAUGHTER c265 s13 | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 11/26/1996

**Defendant**
Michael A Subenko
Weymouth, MA 02188
Gender: Unknown
Active 11/26/1996

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 11/26/1996 | 1.0 | Indictment returned |
| 01/11/1999 | | Case disposed as of this date |
| 03/25/2003 | | Case entered for indexing purposes: See docket book 98760-64 for docket information |
| 11/24/2003 | 48.0 | Motion by pro-se defendant to vacate and reimpose sentence for timely filing of motion to revise and revoke |
| 12/23/2003 | 49.0 | Pro-se Motion by Deft: to have defendant examined for competency |
| 12/29/2003 | 50.0 | Pro-se Motion by Deft: for a new trial |
| 12/29/2003 | 51.0 | Pro-se Motion by Deft: for the appointment of counsel for the purposes on new trial and evidentiary hearing on defendant's motion for a new trial |
| 12/29/2003 | 52.0 | Pro-se Motion by Deft: for discovery and production of discoverable information |
| 12/29/2003 | 53.0 | pro-se request by Deft: for hearing and motion for writ of habeas |

**Commonwealth of Massachusetts**
**PLYMOUTH SUPERIOR COURT**
Case Summary
Criminal Docket

03/24/2005
01:41 PM

## PLCR1996-98760
## Commonwealth v Subenko, Michael A

| Date | Paper | Text |
|------|-------|------|
| | 53.0 | corpus ad testificandum |
| 12/29/2003 | 54.0 | Pro-se Motion by Deft: for evidentiary hearing on defendant's motion for a new trial |
| 01/08/2004 | 55.0 | Commonwealth files  opposition to the defendant's motion for a new trial |
| 02/11/2004 | 55.5 | Habeas corpus for Deft at  MCI Norfolk to appear February 20,2004 at Brockton |
| 02/19/2004 | 56.0 | pro-se Motion by Deft:to stay the proceedings in State Court |
| 02/20/2004 | | Motion (P#56) denied (Linda Giles, Justice). |
| 02/20/2004 | 58.0 | Committee for Public Counsel Services appointed, pursuant to Rule 53 (for screening only) |
| 07/23/2004 | 59.0 | ORDERED: [Appellate Division) that the judgments imposing said sentences stand and that said appeal be and is hereby dismissed. Entered:May 17, 2004 |
| 03/14/2005 | 60.0 | Pro-se Amended/supplemental  Motion by Deft:  for a new trial |

EVENTS