# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

2005 MAR 25 P 1: 14

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. _04-10023-GAO_
Appeal No. _05-1021_

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _Michael Babenko_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: _3-21-05_ |

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 70 | $ 0 | $ 80 | $ 0 |
| Alimony | $ 0 N/A | $ 0 N/A | $ 0 N/A | $ 0 N/A |
| Child support | $ 0 N/A | $ 0 N/A | $ 0 N/A | $ 0 N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 N/A | $ 0 N/A | $ 0 N/A | $ 0 N/A |
| Disability (such as social security, insurance payments) | $ 0 N/A | $ 0 N/A | $ 0 N/A | $ 0 N/A |
| Unemployment payments | $ 0 N/A | $ 0 N/A | $ 0 N/A | $ 0 N/A |
| Public-assistance (such as welfare) | $ 0 N/A | $ 0 N/A | $ 0 N/A | $ N/A |
| Other (specify): _____ | $ | $ | $ | $ |
| Total Monthly income: | $ 80-120 | $ 0 | $ 80-120 | $ 0 |

JUST Gifts from friends and family

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Gym job S.B.C.C | Shirly MA | 11-99 to 4-00 | $ 20 |
| Gym job S.B.C.C | Shirly MA | 12-02 to 5-03 | $ 20 |
| 0 | 0 | 0 | 0 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 0 N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ __70 just me__

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| S-B-L-C | SAVINGS | $ 101.84 | $ N/A |
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** (Value) | **Other real estate** (Value) | **Motor Vehicle #1** (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration#: N/A |

| **Motor Vehicle #2** (Value) | **Other assets** (Value) | **Other assets** (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration#: N/A | N/A | N/A |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 80 | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
|    Homeowner's or renter's | $ N/A | $ N/A |
|    Life | $ 80 | $ N/A |
|    Health | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Other: CANTEEN | $ 80 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Credit card (name): N/A | $ N/A | $ N/A |
|    Department store (name): N/A | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |

4

Alimony, maintenance, and support paid to others $ _NA_    $ _NA_

Regular expenses for operations of business, profession, $ _NA_    $ _NA_
or farm (attach detailed statement)

Other (specify): _CANTEEN_    $ _80_    $ _NA_

**Total monthly expenses:**    $ _80_    $ _NA_

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ _N/A_

If yes, state the attorney's name, address, and telephone number:
_N.A_

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $ _N/A_

If yes, state the person's name, address, and telephone number:
_N/A_

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. My family spent all there money on my trial counsels and only can provide the basic neccessitys for me in prison And if the fee is required I ask if a monthly payment can be given please.

5

13. State the address of your legal residence.
    S.B.C.C. SHIRLEY MA 01464
    P.O BOX 8000
Your daytime phone number: (781) 337-7230
Your age: 26    Your years of schooling: 8th grade

Date : 20050210 13:25

Page : 1

| Commit# : | W65867 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | SUBENKO, MICHAEL, A, | | | Statement From | 20040810 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050210 | | | |
| Block : | H2 | | | | | | | |
| Cell/Bed : | 10/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,771.21 | $2,656.32 | $311.40 | $211.31 |
| 20040811 17:03 | IS - Interest | 3208490 | | SBCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3208491 | | SBCC | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20040813 11:21 | CI - Transfer from Club to Inmate A/c | 3236741 | | SBCC | ~refund fr 8/6~W65867 SUBENKO,MICHAEL A PERSONAL~KCN WASH ACCOUNT - Z5 | $1.73 | $0.00 | $0.00 | $0.00 |
| 20040816 11:28 | IC - Transfer from Inmate to Club A/c | 3240250 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.20 | $0.00 | $0.00 |
| 20040817 08:12 | IC - Transfer from Inmate to Club A/c | 3243537 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.74 | $0.00 | $0.00 |
| 20040820 22:30 | CN - Canteen | 3266348 | | SBCC | ~Canteen Date : 20040820 | $0.00 | $29.94 | $0.00 | $0.00 |
| 20040827 22:30 | CN - Canteen | 3295379 | | SBCC | ~Canteen Date : 20040827 | $0.00 | $39.78 | $0.00 | $0.00 |
| 20040830 09:56 | ML - Mail | 3296808 | | SBCC | ~LISA SERPA | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040903 22:30 | CN - Canteen | 3322678 | | SBCC | ~Canteen Date : 20040903 | $0.00 | $49.51 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334706 | | SBCC | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334707 | | SBCC | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500000 | | SBCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500001 | | SBCC | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645763 | | SBCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645764 | | SBCC | | $0.00 | $0.00 | $0.21 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778875 | | SBCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778876 | | SBCC | | $0.00 | $0.00 | $0.22 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980015 | | SBCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980016 | | SBCC | | $0.00 | $0.00 | $0.25 | $0.00 |
| 20050202 09:54 | ML - Mail | 4071743 | | SBCC | ~LAURIE SUBENKO | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050202 09:54 | MA - Maintenance and Administration | 4071744 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050204 22:30 | CN - Canteen | 4091390 | | SBCC | ~Canteen Date : 20050204 | $0.00 | $49.79 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109160 | | SBCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109161 | | SBCC | | $0.00 | $0.00 | $0.27 | $0.00 |
| | | | | | | $57.40 | $171.96 | $1.47 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.33 | $101.56 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050210 13:25

Page: 2

| | | | |
|---|---|---|---|
| Commit# : | W65867 | | SOUZA-BARANOWSKI CORRECTIONAL |
| Name : | SUBENKO, MICHAEL, A. | Statement From | 20040810 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20050210 |
| Block : | H2 | | |
| Cell/Bed : | 10 /A | | |

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.33 | $101.56 | $0.00 | $0.00 | $0.00 | $0.00 |