UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10023-GAO

MICHAEL A. SUBENKO,
Petitioner,

v.

LUIS SPENCER,
Respondent

ORDER
April 12, 2005

O'TOOLE, D.J.

The application of the petitioner to proceed *in forma pauperis* is GRANTED.

_April 12, 2005_
Date

_/s/ George A. O'Toole_
District Judge