# United States Court of Appeals
## For the First Circuit

No. 05-1021

MICHAEL SUBENKO,

Petitioner, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

Respondents, Appellees.

ORDER OF COURT

Entered: April 11, 2005

    Appellate proceedings are stayed until the district court acts on appellant's Rule 60 motion. If the district court denies that motion, and if appellant wants appellate review of the denial, then appellant must file a timely notice of appeal, which will be consolidated with the present appeal. Appellant shall file a status report every 30 days.

    A copy of this order shall be sent to the district court.

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____

Chief Deputy Clerk.

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 4/11/05

[Certified Copies: Honorable George A. O'Toole, Jr., Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]
[cc: Michael A. Subenko, Natalie S. Monroe, AAG]